# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL ACTION NO.<br>16-05654 |
| vs. | |
| CLARICE R. ANDERSON<br>Defendant | |

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, ____1st____ this day February of 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection.

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Enforced Collections be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address and by regular and certified mail addressed to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

_Harvey Bartle_
J.