# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>CLARICE R. ANDERSON AKA CLARICE ANDERSON; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05654<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CLARICE R. ANDERSON the above process on the 6 day of February, 2017, at 11:44 o'clock, AM, at 3938 POPLAR STREET PHILADELPHIA, PA 19104, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __PA__

County of __Berks__   ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158184
Case ID #: 4806702

Subscribed and sworn to before me
this __4__ day of __Feb__, 20__17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

| USPS Manifest Mailing System | | PCO/ Britni A | | | | Page 1 |
|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5791-1 | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703800748270<br>9171999991703800748270 | STOUDT, PAUL C., JR.<br>519 Fairview St. 2<br>Pottsville, PA 17901 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801424760<br>9171999991703801424760 | ANDERSON, CLARICE R.<br>3938 Poplar Street<br>Philadelphia, PA 19104 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801846272<br>9171999991703801846272 | STOUDT, PAUL C., JR.<br>729 N Second Street<br>Pottsville, PA 17901 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 3 | | 2.78 | 14.55 | | | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | | | 17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | TO  **CLARICE ANDERSON**<br>**ANDERSON, CLARICE R.**<br>**3938 Poplar Street**<br>**Philadelphia, PA 19104** | | | | U.S. POSTAGE >> PITNEY BOWES<br>$ 001.35⁰<br>ZIP 19106<br>02 1W<br>0001391829 FEB. 03 2017 | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces<br>Listed by Sender  ( 1 ) | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | See Privacy Act Statement on Reverse | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)      Complete by Typewriter, Ink, or Ball Point Pen

USA-158184   Philadelphia County   Sale Date:

CLARICE R. ANDERSON

200 - Back to Brittni Augustin